UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                              Chapter 13

LOURDES VIDAL,                                      Case No. 10-B-12508

                              Debtors,
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

  Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Lourdes Vidal<br>5900 Arlington Avenue, Apt. 8W<br>Riverdale, New York 10471 | $712.25<br><br>refund |

  Trustee's check to your order in the sum of $712.25 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
         March 22, 2011

                                                      Respectfully submitted,
                                                      */s/ Jeffrey L. Sapir*
                                                      JEFFREY L. SAPIR
                                                      Standing Chapter 13 Trustee